**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles D. Skinner, et al., | Case No. **CV 07-3923-JFW (JTLx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Northrop Grumman Pension Plan, et al., | |
| Defendant. | |

   The Court, having granted the Defendants' motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them,

   IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

   1.   Plaintiffs Charles D. Skinner and Gregory A. Stratton shall recover nothing from any of the named Defendants;

   2.   Defendants Northrop Grumman Retirement Plan B and Administrative Committee of Northrop Grumman Retirement Plan

```
 1  B shall have judgment in their favor on Plaintiffs' entire
 2  action; and
 3       3.  Defendants shall recover from Plaintiffs their costs
 4  of suit in the sum of $_____.
 5
 6       The Clerk is ordered to enter this Judgment.
 7
 8
 9  Dated: March 10, 2008            _____
10                                        JOHN F. WALTER
                                     UNITED STATES DISTRICT JUDGE
```